IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GLENDA R. COOPER,

    Plaintiff,

vs.                                                                                 CASE NO. 5:05CV162/RS-WCS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

### ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Document 14). Plaintiff has filed not filed objections.

**IT IS ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner to deny plaintiff's application for Social Security benefits is affirmed.

3. The clerk is directed to close the file.

ORDERED on June 8, 2006.

                                                **/S/ Richard Smoak**
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**